AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Dec 16, 2024
SEAN F. McAVOY, CLERK

EUGENE KLIEWER

*Plaintiff*

v.

JASON BENNETT

*Defendant*

Civil Action No. 2:24-cv-00290-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 12, the Petition at ECF No. 1, is DISMISSED without prejudice for failure to exhaust state court remedies and as a proper exercise of abstention under the Younger doctrine. Judgment of Dismissal without prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian.

Date: 12/16/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony